Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  18–34453–SLM
Chapter:  13
Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Gonzalo Garcia                                    Soraya Garcia
118 Hammond Ave. Apt1                   118 Hammond Ave. Apt1
Passaic, NJ 07055                             Passaic, NJ 07055

Social Security No.:
xxx–xx–2751                                       xxx–xx–1857

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Marie–Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>April 19, 2024</u>                    <u>Stacey L. Meisel</u>
                                                            Judge, United States Bankruptcy Court